

# THE CHARTWELL
## LAW OFFICES, LLP

**William H. Grae, Esq.**
wgrae@chartwelllaw.com
(212) 968-2300

Reply To: New York Office
One Battery Park Plaza, 35th Floor
New York, NY 10004-1445
Facsimile: (212) 968-2400

July 1, 2014

**By ECF Filing and Email to: SullivanNYSDChamber@nysd.uscourts.gov**
Honorable Richard J. Sullivan, D.C.J.
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2104
New York, NY 10007

    RE:    Omni Solo, Inc. v. Mayer
              US Dist. Ct for the Southern District of New York (Case No.: 14cv3662(RJS))
              CLO FN:       48123

Dear Judge Sullivan:

    This firm represents plaintiff Omni Solo, Inc., ("Omni Solo"), in the above-referenced action. By Order dated June 28, 2014, the Court adjourned the case management and pre-motion conference previously scheduled to be conducted on June 30 to July 7, 2014 at a time I am already scheduled to appear for a pre-trial conference and mediation in a matter in which I am designated trial counsel.

    Your chambers advised me to confer with opposing counsel to potentially identify some alternate dates. Defendants' counsel has graciously consented to my request, and all counsel are available on the following dates:

        July 17, 2014
        July 21, 2014
        July 22, 2014

    Please accept this as our request that the pending conference be rescheduled on one of those dates at a time that is convenient for the Court.

    In any event, we remain grateful for the Court's consideration of this matter.

                        Respectfully submitted,

                        William H. Grae

NEW YORK, NY | BALTIMORE, MD| BOSTON, MA | HARRISBURG, PA | MIAMI, FL | MILLBURN, NJ
MOORESTOWN, NJ | ORLANDO, FL | PHILADELPHIA, PA | PITTSBURGH, PA | SCRANTON, PA
VALLEY FORGE, PA | WILMINGTON, DE

www.chartwelllaw.com

July 1, 2014
Page 2

_____

/WHG

CC: Counsel of Record (By ECF System and Email)